Perkowski LEGAL

515 S. Flower Street, Suite 1800
Los Angeles, CA 90071

**PETER E. PERKOWSKI** (*he/him*)
o: 213.340.5796
peter@perkowskilegal.com

October 14, 2026

**MEMO ENDORSED**

**By ECF**

Hon. Katherine Polk Failla
U.S. District Court for the Southern District of New York
United States Courthouse
40 Foley Square, Room 2013
New York, New York 10007

**Re:** ***Backgrid USA, Inc. v. Mode Public Relations LLC*, 26 Civ. 5567 (KPF)**
**Request to Adjourn Initial Pretrial Conference**

Your Honor:

This firm represents plaintiff Backgrid USA, Inc. in the above-referenced matter. In accordance with Rule 2.C of the Court's Individual Practices, and for the reasons that follow, Backgrid respectfully requests that the Initial Pretrial Conference ("IPC") be adjourned indefinitely.

The reasons for this request are as follows: Despite being served with the summons and complaint on July 8, 2026, through its registered agent, defendant has not yet responded to the complaint. Nor has undersigned counsel been contacted by counsel for defendant or any representative. Adjournment of the IPC will allow plaintiff to commence the process of taking defendant's default.

Plaintiff has been unable to obtain defendant's consent on this request because defendant has not appeared, and plaintiff's counsel does not have reliable contact information for the named entity.

There have been no previous extensions or adjournments, nor any requests to extend or adjourn. A scheduling order has not yet issued, so this request will not affect any other deadlines in the case.

Very respectfully,

/s/ *Peter Perkowski*

Peter E. Perkowski
Counsel for Plaintiff

Application GRANTED. The Initial Pretrial Conference currently scheduled for October 23, 2026, is hereby ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Dated: October 15, 2026
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE